UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ARS NATIONAL SERVICES INC.,<br><br>        Defendant. | 17-cv-05820-VC<br><br>**JUDGMENT** |

The Court, having granted the defendant's motion for summary judgment and denied the plaintiff's cross motion for summary judgment, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated:  June 19, 2018

                                                            VINCE CHHABRIA
                                                            United States District Judge